# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D22-2403
LT Case No. 2019-CF-000886-A

_____

CHRISTOPHER RAWLS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Sumter County.
Hale R. Stancil, Judge.

Matthew J. Metz, Public Defender, and Joseph Chloupek, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Whitney Brown Hartless,
Assistant Attorney General, Tallahassee, for Appellee.


August 22, 2023

PER CURIAM.

   AFFIRMED.

EISNAUGLE, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____